# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TRAVION GERMAN,

       Plaintiff,                 Civil Case Number: 08-10834

v.                                             PAUL D. BORMAN
                                               UNITED STATES DISTRICT COURT

DARRIN McCALLISTER and DOUGLAS McQUARRIE,

       Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Now before the Court is plaintiff Travion German's Motion for Leave to Amend Complaint. (Dkt. No. 28). Having considered the motion and attached brief, the Court hereby **GRANTS** Plaintiff's Motion for Leave to Amend Complaint.

    **SO ORDERED.**

                                            S/Paul D. Borman
                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: August 21, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 21, 2009.

                                            S/Denise Goodine
                                            Case Manager